No. 169. LECHE v. UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Martin W. Littleton, Jr.* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Louis B. Schwartz,* and *W. Marvin Smith* for the United States.

No. 194. GUNDELFINGER v. UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. H. F. Stambaugh* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 520. McDONALD v. HUDSPETH, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. John F. Rhodes* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. 304. PFLEUGER v. UNITED STATES ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE